IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIO RODOLFO, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 3:17-CV-00418-M |
| | § | |
| CROWLEY ROAD PLAZA, LLC, | § | |
| | § | |
| Defendant | § | |

## DEFAULT JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that Defendant Crowley Road Plaza, LLC is in violation of the Americans with Disabilities Act (the "ADA") in that Defendant has failed to make readily achievable modifications to the property located at 5721 Crowley Road, Fort Worth, Texas and is thereby discriminating against the Plaintiff Mario Rodolfo as a result of that violation. Accordingly, Defendant is ORDERED to make the following modifications to the property within three months of the date of this judgment:

   1.   Provide accessible parking at the property in the required amount;

   2.   Provide an accessible route from the parking lot through the front doors of each of the businesses at the property; and

   3.   Provide an accessible route from the street or sidewalk through the front doors of each of the businesses at the property.

It is further ORDERED that Defendant shall have the modifications to the property inspected, and the modifications will be found in compliance with the new construction standards of the ADA, within 30 days of completing the modifications.

It is further ORDERED that (1) Plaintiff's remaining claims for violation of the ADA for making noncompliant modifications and for failing to modify policies and procedures, (2)

Plaintiff's Texas state law claims for discrimination, and (3) Plaintiff's allegations requesting certification of a class are hereby DISMISSED without prejudice to refiling the same.

**SO ORDERED**

**August 21, 2017.**

_____
**BARBARA M.G. LYNN**
**CHIEF JUDGE**